

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 12:40:41 PM
CHRISTOPHER A. PRINE
Clerk

June 30, 2015

Certified Mail No.: 7004 1350 0003 4897 4302

DONALD WAYNE HEROD
TDCJ #1538539
3001 S EMILY DR
BEEVILLE, TX 78102

Re: Cause Number 677275 in the CCCL#2

Dear Sir or Madam:

The following documents are being forwarded to you because you are pro-se and in custody.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

1 Volume(s) - Clerk's Record

1 Volume(s) – Supplemental Clerk's Record

   Volume(s) – Reporter's Record

The 1ST Court of Appeals will be notified when the record is received.

Sincerely,

Lisa Arriaga, Deputy
Criminal Post Trial

Enclosure